# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Maria Severina Vega  
                Debtor(s)

BK NO. 20-02007 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                              Respectfully submitted,

/s/ Rebecca Solarz  
Rebecca Solarz  
03 Nov 2020, 16:54:32, EST

        KML Law Group, P.C.  
        BNY Mellon Independence Center  
        701 Market Street, Suite 5000  
        Philadelphia, PA  19106  
        215-627-1322