# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Maria Severina Vega,  
**Debtor 1**

Chapter 13

Case No. 1:20–bk–02007–HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on December 1, 2020. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: January 14, 2021

By the Court,

*Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck  
Chief Bankruptcy Judge  
By: MichaelMcHugh, Deputy Clerk

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Maria Severina Vega<br>**Debtor 1** | **Chapter** 13<br>**Case No.** 1:20-BK-02007-HWV<br>**Matter:** Order Confirming Amended Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, January 18, 2021, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:20-bk-02007-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Mon Jan 18 11:15:05 EST 2021 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One Bank USA, NA<br>PO Box 60285<br>Salt Lake City, UT 84130-0285 | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 | FREEDOM MORTGAGE CORPORATION<br>FREEDOM MORTGAGE<br>ATTN: BANKRUPTCY DEPARTMENT<br>10500 KINCAID DRIVE<br>FISHERS IN 46037-9764 |
| Freedom Mortgage Corporation<br>PO Box 489<br>Mount Laurel, NJ 08054-0489 | Mario J. Hanyon<br>Brock & Scott, PLLC<br>302 Fellowship Road,<br>Ste 130<br>Mount Laurel, NJ 08054-1218 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Paul Donald Murphy-Ahles<br>Dethlefs Pykosh & Murphy<br>2132 Market Street<br>Camp Hill, PA 17011-4706 | National Recovery Agency<br>2491 Paxton Street<br>Harrisburg, PA 17111-1036 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market St.<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Maria Severina Vega<br>581 2nd Street<br>Steelton, PA 17113-2607 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Sprint Corp<br>Attention Bankruptcy<br>PO Box 7949<br>Overland Park, KS 66207-0949 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)FREEDOM MORTGAGE CORPORATION

End of Label Matrix
Mailable recipients    17
Bypassed recipients     1
Total                  18