# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     MARIA SEVERINA VEGA

|  |  |
|---|---|
| Debtor(s) | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 1-20-02007-HWV |
| vs. |  |
| MARIA SEVERINA VEGA |  |
| Respondent(s) |  |

### TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on July 8, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    July 8, 2021                                    Respectfully submitted,

                                                            /s/    James K. Jones, Esquire
                                                            ID:  39031
                                                            Attorney for Movant
                                                            Jack N. Zaharopoulos
                                                            Standing Chapter 13 Trustee
                                                            8125 Adams Drive, Suite A
                                                            Hummelstown, PA 17036
                                                            Phone:  (717) 566-6097
                                                            Fax:  (717) 566-8313
                                                            eMail:  jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    MARIA SEVERINA VEGA

                  CHAPTER 13

            Debtor(s)

    JACK N. ZAHAROPOULOS
    CHAPTER 13 TRUSTEE            CASE NO: 1-20-02007-HWV
            Movant

**<u>NOTICE</u>**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion.  Any matters not resolved shall be heard at the dismissal hearing.

        August 11, 2021 at 09:35 AM
        Bankruptcy Courtroom
        Ronald Reagan Federal Bldg
        3rd Floor, 228 Walnut Street
        Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.    You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

**AMOUNT DELINQUENT AS OF LAST MONTH:  $ 1523.00**
**AMOUNT DUE FOR THIS MONTH: $732.00**
**TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $2255.00**

**NOTE:**
        **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

        **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

        If **submitting payment by U.S. First Class Mail** mail to**:**
        **JACK N. ZAHAROPOULOS, PO BOX 6008, MEMPHIS, TN 38101-6008**

        If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097
eMail:  info@pamd13trustee.com

Dated:  July 8, 2021

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MARIA SEVERINA VEGA

                                          CHAPTER 13

          Debtor(s)

          JACK N. ZAHAROPOULOS              CASE NO: 1-20-02007-HWV
          CHAPTER 13 TRUSTEE
              Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 8, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

                              Served Electronically

PAUL MURPHY-AHLES ESQUIRE                    UNITED STATES TRUSTEE
DETHLEFS, PYKOSH & MURPHY                    SUITE 1190
2132 MARKET STREET                           228 WALNUT STREET
CAMP HILL, PA  17011-                        HARRISBURG, PA  17101

                            Served by First Class Mail

MARIA SEVERINA VEGA
581 2ND STREET
STEELTON, PA  17113

I certify under penalty of perjury that the foregoing is true and correct.

Date:  July 8, 2021                    Bobbie Weigel
                                       for Jack N. Zaharopoulos, Trustee
                                       Suite A, 8125 Adams Dr.
                                       Hummelstown, PA  17036
                                       Phone:  (717) 566-6097
                                       eMail: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   MARIA SEVERINA VEGA

                                  CHAPTER 13

        Debtor(s)

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
            Movant                    CASE NO: 1-20-02007-HWV

        vs.

        MARIA SEVERINA VEGA        MOTION TO DISMISS

### **ORDER DISMSSING CASE**

       Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.